JS-6 /ENTER

FILED

APR 2 8 2011

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

EUGENE E. MOORE,                    )        Case No. CV 10-8451-SVW (MLG)
                                    )
          Plaintiff,                )                    JUDGMENT
                                    )
     v.                             )
                                    )
DEPUTY GARCIA, et al.,              )
                                    )
          Defendant.                )
_____)

     IT IS ADJUDGED that the action herein is dismissed without
prejudice.


Dated:    4/28/11


                                        _____
                                        Stephen V. Wilson
                                        United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 2 9 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY